186 So. 915

### Rhoda BOWEN v. STATE.

6 Div. 349.

Court of Appeals of Alabama.
Jan. 10, 1939.

J. Howard Perdue, Jr., of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

177 So. 917

### Buck BOYD v. STATE.

6 Div. 155.

Court of Appeals of Alabama.
Dec. 14, 1937.

BRICKEN, Presiding Judge.
Affirmed.

177 So. 917

### Huey BOYD v. STATE.

6 Div. 156.

Court of Appeals of Alabama.
Dec. 14, 1937.

SAMFORD, Judge.
Affirmed.

189 So. 918

### Carl BRADLEY v. CITY OF ANNISTON.

7 Div. 444.

Court of Appeals of Alabama.
May 25, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

184 So. 911

### Alvis BRADLEY v. STATE.

6 Div. 367.

Court of Appeals of Alabama.
Nov. 8, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.